# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 99-50458

_____

**THE UNITED STATES OF AMERICA FOR THE USE
AND BENEFIT OF STEVE WIMBERLY, doing business as
Wimberly Erection Company,**

**Plaintiff-Appellant,**

**versus**

**TIPS IRON & STEEL CO., INC., ET AL.**

**Defendants,**

**BUFETE INDUSTRIAL, INC.; H J GROUP VENTURES, INC.;
BUFETE INDUSTRIAL, INC./H J GROUP VENTURES, INC.,
a Joint Venture; FEDERAL INSURANCE COMPANY,**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court
for the Western District of Texas
(W-98-CV-73)**
_____

**February 4, 2000**

Before BARKSDALE,  BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

**AFFIRMED.**  See 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.